# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| SIMON PETER WARREN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-101 |
| | * | |
| v. | * | |
| | * | |
| WILLIAM STEEDLEY | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 8), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint based on his failure to state a claim. The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of January, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2